EXHIBIT 2



# INVOLUNTARY SEPARATION NOTICE

**BEST BUY.** (To be completed by an HR Support Center Caseworker & the Manager and presented to the employee at the separation meeting. Signed form must be faxed to 952-430-4259.)

| Employee Name: Trey Westphal | Employee #: 822375 | |
|---|---|---|
| Job Title: CIA, GSC | Location #/Corp Dept: 981320 | Location State: KY |
| Hire Date: 8/4/2007 | Termination Date: | |
| Manager Name: John Curtsinger | Manager Title: ANALYST SR, FINANCIAL GSC | |
| Phone #: (502) 955-3800 | Service Request #: 1-133174054 | |

## Involuntary Termination:

Describe facts, final circumstance leading to termination and reason for termination:

Best Buy expects all employees to act in accordance with the highest standards of personal and professional integrity at all times; and, to comply with all applicable laws, rules and policies. You admitted that on May 7, 2014, you threw an object at another employee hitting him. You received a Final Warning and placed on an Action Plan on February 4, 2014 addressing similar behaviors. Actions such as this are in violation of Best Buy Inappropriate conduct policy, misuse or theft of Company, employee or customer property, and grounds for termination. As a result, your employment with Best Buy is terminated, effective immediately.

Summarize prior incidents supporting the termination and attach supporting documentation.

| Date | Action Taken | Description | Type of Supporting Documentation |
|---|---|---|---|
| 02/04/2014 | Action Plan | Inappropriate Conduct | Action Plan |
| 02/04/2014 | Final Warning | Inappropriate Conduct | Performance Counseling Record |

Employee Comments: _____

Involuntary Separation Reasons (choose one):

- [ ] Absenteeism/tardiness
- [x] Inappropriate Conduct
- [ ] LOA—Exhausted Medical
- [ ] Misappropriation of Company Property
- [ ] No Work Authorization
- [ ] Staff Reduction
- [ ] Unacceptable Performance
- [ ] Violation of Rule or Policy
- [ ] O/S Assignment Complete

By signing I acknowledge that I have read and understand the contents of this document, which has been reviewed with me.

Employee Signature: (note if refused or no show) _____ Date: 6/11/14
Manager Signature: _____ Date: 6/11/14
Witness Name: (please print) Danitker Dilic   Title: Know-It-All
Witness Signature: _____ Date: 6/11/14

For Office use only: ( ) P    ( ) NP



## STATEMENT OF ACKNOWLEDGEMENT

I hereby acknowledge I have read and understand the Policies Against All Harassment. I agree that I am responsible for familiarizing myself with the policy and the information therein.

Print Name  Trey Westphal

Employee ID #  a 822375

Signature  _____

Date  2/27/13

Exhibit 2

8-23-2012

I, Trey Westphal, understand that I am being placed on suspension from work pending an open HR case. I understand that I am not to return to work or enter/visit any Best Buy property until I am contacted by the HR support center or my manager. I also understand that I am not to communicate with any other Best Buy/Geek Squad Employees with the exception of my manager or HR staff within Geek Squad City or the Best Buy HR Support Center.

Employee Signature  _[signature]_

Date  8/23/12

Manager Signature  _[signature]_

Date  8-23-12

Exhibit 2


**BEST BUY**

## Performance Counseling Record
*Managers must complete all areas thoroughly and legibly.*
*See Action Plan for action steps for performance counseling discussion*

| | | | |
|---|---|---|---|
| Employee Name: | Trey Westphal | Employee Number: | A822375 |
| Employee Job Title: | CIA | Location: | DRD |

---

**Focus issue(s) of this documentation**   (Check all that apply)

- ☐ Attendance
- ☐ Falsification of records
- ☐ Inappropriate conduct
- ☐ Unacceptable performance*
- ☐ Unauthorized removal/possession of Company property
- ☒ Other:
- ☐ Violation of rule/policy
- ☐ Destruction or misuse of Company property

---

Describe facts and circumstances of the above focus issue(s) including all relevant names, titles, event times/dates. Describe employee actions in terms of observable behavior and outcomes.

Insubordination : Agent Westphal attended a group meeting on 6/10/2013 in which expectation for a new call policy was enacted. A followup email was sent to the groupl explaining th is expectation. Agent Westphal refused to adbide to the new policy and he placed no phone calls.

---

How did employee describe situation, if different from above?
Agent Westphal explained he was upset at the new call policy. He explained he had introduced a similar plan month before hand and it wasn't enacted at that time. Agent Westphal stated he would reflect on his attitude and come in ready to be a leader in his peer group.

Recap previously documented incidents of similar nature (if applicable).
6/10/2013 email has been attached.

**n Taken**

- ☐ ...formal Discussion*
- ☐ Final warning (with Action Plan, if appropriate)
- ☐ Termination (must first contact HR Support Center at 1-856-MY-BBY-HR)
- ☐ Written Warning
- ☐ Demotion (must first contact HR Support Center at 1-856-MY-BBY-HR)

*Employee signature not required

Describe expected change/improvement in employee's behavior/conduct in terms of specific performance objectives and observable behaviors.

## Consequences

Employee please read: Failure to improve performance or meet expectations as described above may result in further corrective action up to, and including, termination of employment. By signing below, I acknowledge that I have read and understand the contents of this document, which have been reviewed with me. (Your signature does not necessarily indicate agreement with event facts as represented above.)

| | | |
|---|---|---|
| Employee Signature (note if refuses to sign): | | Date discussed with employee: |
| Manager/Supervisor Name: | | Title: |
| Manager/Supervisor Signature: | *[signature]* | Date: 6/12/13 |
| Witness signature (if applicable): | | Date: |

☐ *Check here if an Action Plan is attached

Exhibit 2

erformance Counseling Record

nagers must complete all areas thoroughly and legibly. See reverse for Action Step Model.

| | | | |
|---|---|---|---|
| nployee name: | Trey Westphal | Employee number: | 822375 |
| e job title: | CIA, GSC | Location: | 1320 |

cus issue's) of this documentation (Check all that apply.)

Attendance                [ ] Falsification of records                [X] Inappropriate conduct
Jnacceptable performance  [ ] Unauthorized removal/possession of Company property
Violation of rule/policy  [ ] Destruction or misuse of Company property  [ ] Other

scribe facts and circumstances of the above focus issue's) (include all relevant names, titles, event times/dates).
scribe employee actions in terms of observable behavior and outcomes.

me time during the week of June 20th - June 24th, Trey had the occasion to grab a hold of Tara Bennett's arm and bite onto Trey bit down for a short period of time and then released, leaving an approx. 1 inch square bruise on Tara's arm. This action n violation of the company's policies against harrassment and is not acceptable behavior in the work place.

y did employee describe situation, if different from above?

ap previously documented incidents of similar nature (if applicable).
ie.

on Taken

iformal discussion       [X] Final warning (with Action Plan, if appropriate)
Iritten warning          [ ] Demotion (must first contact HR)    [ ] Termination (must first contact HR)
                         [ ] Suspension (HR Approval)

cribe expected change/improvement in employee's behavior/conduct in terms of specific performance objectives observable behaviors.

y will abide by the company policies regarding harrassment of others. Specifically, Trey is not to physically touch other iloyees in a manner which might make them feel uncomfortable in any way. Failure to do so will result in further umentation up to and including termination of employment.

sequences

loyee please read: Failure to improve performance or meet expectations as described above may result in
ier correction action up to, and including, termination. By signing below I acknowledge that I have read and
erstand the contents of this document, which have been reviewed with me. (Your signature does not necessarily
:ate agreement with event facts as represented above.)

iloyee comments:

loyee signature (note if refused) _____ Date discussed with employee  6/30/11
ager/Supervisor name  James Christop__  Title  Mgr
  upervisor signature _____  Date  9/30/2011
es. ignature (if applicable) _____  Date  6/30/2011

Exhibit 2

One Copy - To File / One Copy to Employee - Number Two



**'ST BUY**

## Performance Counseling Record
Managers must complete all areas thoroughly and legibly.
See Action Plan for action steps for performance counseling discussion

| | | | |
|---|---|---|---|
| Employee Name: | Trey Westphal | Employee Number: | 822375 |
| Employee Job Title: | CIA | Location: | DRD |

**Focus issue(s) of this documentation**  (Check all that apply)

- [ ] Attendance
- [x] Unacceptable performance*
- [ ] Violation of rule/policy
- [ ] Falsification of records
- [ ] Unauthorized removal/possession of Company property
- [ ] Destruction or misuse of Company property
- [ ] Inappropriate conduct
- [ ] Other:

Describe facts and circumstances of the above focus issue(s) including all relevant names, titles, event times/dates  Describe employee actions in terms of observable behavior and outcomes.

On November 19th, 2013, DCI Griffith had an informal discussion with CIA Trey Westphal about his persistent lack of productivity and the excessive amount of efforts he spends on projects that haven't been assigned to him, this has directly negativley impacted his work performance. Trey has been wandering around the department, away from his work area without work related reason. He has been injecting himself into projects that he hasn't been assigned leading to underwhelming productivity.

How did employee describe situation, if different from above?

Trey indicated he doesn't enjoy doing "minial" tasks, he stated he is unable to stay focused on singular projects for extended periods of time. Trey stated he would enjoy a SSCIA postion, as it would allow him to focus on mutiple projects at once. Trey also stated he didn't believe any Agent position would fufill his desires to be fulfilled at work.

~ap previously documented incidents of similar nature (if applicable).
   :hing email sent to Trey's senior recapping this informal conversation

**Action Taken**

- [x] Informal Discussion*
- [ ] Written Warning
- [ ] Final warning (with Action Plan, if appropriate)
- [ ] Demotion (must first contact HR Support Center at 1-866-MY-BBY-HR)
- [ ] Termination (must first contact HR Support Center at 1-866-MY-BBY-HR)

*Employee signature not required

Describe expected change/improvement in employee's behavior/conduct in terms of specific performance objectives and observable behaviors.
DCI Griffith explained to CIA Trey Westphal that Trey was to stay in his assigned area, and only work on assignments that have been deligated to him.

### Consequences

Employee please read: Failure to improve performance or meet expectations as described above may result in further corrective action up to, and including, termination of employment. By signing below, I acknowledge that I have read and understand the contents of this document, which have been reviewed with me. (Your signature does not necessarily indicate agreement with event facts as represented above.)

| | | | |
|---|---|---|---|
| Employee Signature (note if refuses to sign): | | Date discussed with employee: | |
| Manager/Supervisor Name: | *[signature]* | Title: | DCI-DRD |
| Manager/Supervisor Signature: | *[signature]* | Date: | 11-19-13 |
| Witness signature (if applicable): | | Date: | |

- [ ] *Check here if an Action Plan is attached

Exhibit 2


**BEST BUY**

## Performance Counseling Record
Managers must complete all areas thoroughly and legibly.
See Action Plan for action steps for performance counseling discussion

Employee Name: Trey Westphal         Employee Number: 822375
Employee job Title: CIA              Location: DRD

Focus issue(s) of this documentation         (Check all that apply)

☐ Attendance                    ☐ Falsification of records                              ☒ Inappropriate conduct
☐ Unacceptable performance*     ☐ Unauthorized removal/possession of Company property   ☐ Other
☒ Violation of rule/policy      ☐ Destruction or misuse of Company property

Describe facts and circumstances of the above focus issue(s) including all relevant names, titles, event times/dates. Describe employee actions in terms of observable behavior and outcomes.
On November 20th, Trey Westphal engaged in an unapproved project, cleaning of the DRD NAS, after being informed not to work on assignments outside of his designated duties. Also, on November 20th, Trey Westphal sent an email to SSCIA Deven Hall that was sarcastic and retaliatory in nature. Emails such as this are not in line with BestBuy values and will not be tolerated.

How did employee describe situation, if different from above?

Recap previously documented incidents of similar nature (if applicable).
On 11/19/2013, Agent Westphal informal discussion with DCI Griffith about not reaching beyound processing duties unless authoriezed.

Action Taken

☐ Informal Discussion*        ☐ Final warning (with Action Plan, if appropriate)                ☐ Termination (must first contact HR Support Center at 1-866-MY-BBY-HR)
☒ Written Warning             ☐ Demotion (must first contact HR Support Center at 1-866-MY-BBY-HR)
*Employee signature not required

Describe expected change/improvement in employee's behavior/conduct in terms of specific performance objectives and observable behaviors.
Trey will stay in his designated work area and will only work on processing jobs unless authorized by leadership. Trey live the BestBu values and will not send sarcastic or retaliatory communication.

### Consequences

Employee please read: Failure to improve performance or meet expectations as described above may result in further corrective action up to and including, termination of employment. By signing below, I acknowledge that I have read and understand the contents of this document, which have been reviewed with me. (Your signature does not necessarily indicate agreement with event facts as represented above.)

Employee Signature (note if refuses to sign): *[signature]*      Date discussed with employee: 11-22-13
Manager/Supervisor Name: *[signature]*                            Title: DCI-DRD
Manager/Supervisor Signature: *[signature]*                       Date: 11-22-13
Witness signature (if applicable): *[signature]*                  Date: 11/22/13

☐ *Check here if an Action Plan is attached

Exhibit 2



**BEST BUY**

## Action Plan
This form must be used in conjunction with a Performance Counseling Record.

Note: This formal documentation process is intended to help employees overcome performance shortfalls by setting clear expectations for improvement. It also documents timeframes and consequences surrounding the Action Plan.

Employee Name: Trey Westphal          Date of initial review with employee: 2/4/14

Timeframe established for improvement: Immediately - monthly 1:1

Initial Meeting:
Trey has had a history of nonverbal behavior that is not living within our BBY values. His history of inappropriate behaviors include: intimidation, inappropriate contact, and disregard for leadership direction.   Trey is expected to live by the BBY values. He's expected to Know, understand, and abide by the policy.
• Ask questions if unclear about the intent or application of the policy.
• Be an active partner in sustaining a culture that is compliant and ethical.

Reason for Action Plan:
Trey had has multiple PCRs generated due to inappropriate behavior in the workplace which is leading to a hostile work enviroment for his coworkers and leadership team.  These actions are not living within our BBY values.

Action Required: (must be specific and measurable)
- Trey is required to repeat the Responsibility to Everyone eLearning - 2/10/14
- Trey needs to ensure continuity within living the values (which means even when faced with new or uncertain situations)
-Trey needs to ensure he improves his personal presence at work (how he speaks to others, treats others in the workplace, and be aware of his facial expressions)
- Trey needs to align with the teams vision instead of taking energy away from interactions (generally negative,
    s results at the expense of others, and letting efforts stall when faced with barriers
    ₋y needs to Learn from Challenge and Change - he should not derail positive efforts  and/or resists change.
If he challenges change, he needs to ensure its not in a confrontational manner.
- Trey needs to ensure he's living in Show Respect, Humility, and Integrity.  Focus on the following behavior improvements:   dismisses some points of view, assumes negative intent, treats people differently because of their status, assumes "my way is the only way", takes shortcuts at the expense of others, does not demonstrate tangible examples of how he creates an environment which welcomes a variety of perspectives.
-He needs to recognize the value of others, improving partnering well with others instead of working in a silo

-Saftey Training - Attend the 1 hour NET training on Safety - 1st week of March 2014
Best Buy is committed to providing a safe environment for all employees and customers. Employees should ensure that proper equipment is used when necessary and that all recognized hazards are corrected or removed to keep employees and customers safe. It is every team member's responsibility to understand and execute the Company Safety Plan to achieve a safe work environment. In accordance with the Company Safety Policy, each employee is expected to work safely and encourage others to maintain a healthy and safe work environment. We all "own" safe behavior.

Violence Free Workplace Policy
To identify what actions are prohibited in providing a safe, secure, violence free environment for our employees, customers, and vendors.

Exhibit 2

**BEST BUY**

## Performance Counseling Record
Managers must complete all areas thoroughly and legibly.
See Action Plan for action steps for performance counseling discussion

| Employee Name: | Trey Westphal | Employee Number: | 822375 |
|---|---|---|---|
| Employee job Title: | CIA | Location: | Geek Squad City -1320 |

Focus issue(s) of this documentation     (Check all that apply)

- ☐ Attendance
- ☐ Falsification of records
- ☒ Inappropriate conduct
- ☐ Unacceptable performance*
- ☐ Unauthorized removal/possession of Company property
- ☐ Other:
- ☒ Violation of rule/policy
- ☐ Destruction or misuse of Company property

Describe facts and circumstances of the above focus issue(s) including all relevant names, titles, event times/dates. Describe employee actions in terms of observable behavior and outcomes.

On 12/4/13 Agent Westphal was moving a rack. He failed to advise his coworkers that he needed to pass through, and instead pushed the rack through them striking an employee in the shoulder. Trey has had a history of nonverbal behavior that is not living within our BBY values. His history of inappropriate behavior include: intimidation, inappropriate contact, and disregard for leadership direction.

How did employee describe situation, if different from above?
Statement Attached

Recap previously documented incidents of similar nature (if applicable).
9/20/13 - Inappropriate conduct (physical contact with another employee). 8/23/12 - Inappropriate conduct (intimidating behavior)
6/30/11 - Inapproriate conduct(bit another employee)

Action Taken

- ☐ ormal Discussion*
- ☒ Final warning (with Action Plan, if appropriate)
- ☐ Termination (must first contact HR Support Center at 1-866-MY-BBY-HR)
- ☐ Written Warning
- ☐ Demotion (must first contact HR Support Center at 1-866-MY-BBY-HR)

*Employee signature not required

Describe expected change/improvement in employee's behavior/conduct in terms of specific performance objectives and observable behaviors.
Trey is expected to live by the BBY values. He's expected to Know, understand, and abide by the policy.
• Ask questions if unclear about the intent or application of the policy.
• Be an active partner in sustaining a culture that is compliant and ethical.
Details of his change is included in his Action Plan.

### Consequences

Employee please read: Failure to improve performance or meet expectations as described above may result in further corrective action up to, and including, termination of employment. By signing below, I acknowledge that I have read and understand the contents of this document, which have been reviewed with me. (Your signature does not necessarily indicate agreement with event facts as represented above.)

| Employee Signature (note if refuses to sign): | | Date discussed with employee: | 02/04 |
|---|---|---|---|
| Manager/Supervisor Name: | | Title: | |
| Manager/Supervisor Signature: | | Date: | 2/4/14 |
| Witness signature (if applicable): | | Date: | 2/4/14 |

☒ *Check here if an Action Plan is attached

Exhibit 2