EXHIBIT 4

UNCLASSIFIED

| FD-1023 Revised | FEDERAL BUREAU OF INVESTIGATION<br>CHS REPORTING DOCUMENT |  OFFICIAL RECORD |
|---|---|---|

### HEADER

**Source ID:** ███62

**Date:** 07/27/2010

**Case Agent Name:** Riley, Tracey L

**Field Office/Division:** Louisville

**Squad:** VI

**Date of Contact:** 07/27/2010

**List all Present including yourself. (Do not include the CHS.):** none

**Type of Contact:** Telephonic

**Date of Report:** 07/27/2010

**Substantive Case File Number:**

| FD-1023 Revised | Page 1 of 2 | FEDERAL BUREAU OF INVESTIGATION |
|---|---|---|

28

UNCLASSIFIED

Exhibit 4

UNCLASSIFIED

| FD-1023 Revised | FEDERAL BUREAU OF INVESTIGATION<br>CHS REPORTING DOCUMENT |  OFFICIAL RECORD |

**Source Reporting:**

Source reported all has been quite for about the last 5 - 6 months, however, source agreed that once school started again, they may see an influx of CP. Contact numbers were given to source for SA Riley.

**Approval History:**

Submitted By:  Riley, Tracey L  07/27/2010 6:00PM
Approved By:  Dallas, Mark J  07/27/2010 9:53PM