# EXHIBIT 6

UNCLASSIFIED

| FD-1023 | FEDERAL BUREAU OF INVESTIGATION<br>CHS REPORTING DOCUMENT |  OFFICIAL RECORD |

### HEADER

**Source ID:** ▮▮▮▮62

**Date:** 10/25/2010

**Case Agent Name:** Riley, Tracey L

**Field Office/Division:** Louisville

**Squad:** VI

**Date of Contact:** 10/14/2010

**List all Present including yourself. (Do not include the CHS.):** SA Suzanne Tignor
SA Tracey Riley

**Type of Contact:** In Person

**Country:** UNITED STATES

**City:** Brooks

**State:** Kentucky

**Date of Report:** 10/14/2010

**Substantive Case File Number:** ▮▮▮▮▮

### Source Reporting:

Thumb drive found in employee only area thought ot have CP on it. Agents reveiwed and determined pornography did not meet CP threshold.

### Approval History:

| Submitted By: | Riley, Tracey L | 10/25/2010 8:48AM |
| Approved By: | Thomas, MaryJo | 10/25/2010 10:22AM |