FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JAN - 4 2016
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

EILEEN M. DECKER
United States Attorney
DENNISE D. WILLETT
Assistant United States Attorney
Chief, Criminal Division
MICHAEL ANTHONY BROWN (Cal. Bar No. 243848)
Assistant United States Attorney
Ronald Regan Federal Bldg. & U.S. Courthouse
411 West Fourth Street, 8th Floor
Santa Ana, California 92701
Telephone: (714) 338-3505
Facsimile: (714) 338-3708
E-mail: Anthony.Brown@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MARK ALBERT RETTENMAIER,

Defendant.

No. SA CR 14-188-CJC

BART DECLARATION
EXHIBIT B

LODGED
2016 JAN -4 PM 4:04
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA


UNITED STATES
v.
MARK ALBERT RETTENMAIER
SA CR 14-188-CJC
DEPARTMENT OF JUSTICE
BART DECL.
EXHIBIT B